UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HOLLY CARBON and KENNETH CARBON,

                Plaintiff,

v.

SEATTLE REPRODUCTIVE MEDICINE, INC., P.S.,

                Defendants.

CASE NO. 2:19-cv-01491-RAJ-JRC

**ORDER SETTING PRETRIAL SCHEDULE**

The Court has reviewed the parties' Joint Status Report. *See* Dkt. 13. A trial date will be set by the assigned District Judge, the Honorable Richard A. Jones, if the case is not resolved by settlement or dispositive motion. The Court sets the following pretrial schedule:

| **Event** | **Date** |
|---|---|
| Deadline for joining additional parties | **May 15, 2020** |
| Deadline for amending pleadings | **May 22, 2020** |
| Plaintiff's expert disclosures under Federal Rule of Civil Procedure ("Fed. R. Civ. P") 26(a)(2) | **June 19, 2020** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **July 3, 2020** |
| Rebuttal expert disclosures | **July 17, 2020** |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | |
| Deadline for engaging in mediation | **August 14, 2020** |

ORDER SETTING PRETRIAL SCHEDULE - 1

| | |
|---|---|
| Discovery completed by | **September 18, 2020** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **October 16, 2020** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

**Counsel are directed to review Judge Jones' Chambers Procedures** at http://www.wawd.uscourts.gov/judges/jones-procedures. Counsel are expected to abide by the requirements set forth therein. Failure to do so may result in the imposition of sanctions.

Links to Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, court forms, instruction sheets, and General Orders, can be found on the Court's website at www.wawd.uscourts.gov.

**Discovery**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel shall also cooperate in preparing the agreed pretrial order in the format required by LCR 16.1. The parties shall comply with Judge Jones' chambers procedures regarding discovery disputes.

**Meet and Confer Requirement**

For all cases, except applications for temporary restraining orders, counsel contemplating the filing of <u>any</u> motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The Court

construes this requirement strictly.  Half-hearted attempts at compliance with this rule will not satisfy counsel's obligation.  The parties must discuss the substantive grounds for the motion and attempt to reach an accord that would eliminate the need for the motion.  The Court strongly emphasizes that discussions of the substance of contemplated motions are to take place, if at all possible, in person.  All motions must include a declaration by counsel briefly describing the parties' discussion and attempt to eliminate the need for the motion and the date of such discussion.  Filings not in compliance with this rule may be stricken.

## Alterations to Filing Procedures

Counsel are required to electronically file all documents with the Court.  Information and procedures for electronic filing can be found on the Western District of Washington's website at http://www.wawd.uscourts.gov/attorneys/cmecf.  The following alteration to the Filing Procedures applies in all cases pending before Judge Jones:

1. Mandatory chambers copies are required for all e-filed motions, responses, replies, and sur-replies, and all supporting documentation relating to motions, regardless of page length.

The paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."  The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options."  This requirement does not apply to pleadings filed under seal.

///

///

| | |
|---|---|
| 1 | **Settlement and Mediation** |
| 2 | The Court designates this case for mediation under LCR 39.1(c) and the parties are |
| 3 | directed to follow through with the procedures set forth in that rule.  If this case settles, |
| 4 | plaintiff's counsel shall notify Deputy Clerk Kelly Miller at Kelly_Miller@wawd.uscourts.gov, |
| 5 | as soon as possible.  Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk |
| 6 | prompt notice of settlement may be subject to such discipline as the Court deems appropriate. |
| 7 | The Clerk is directed to send copies of this Order to all parties of record. |
| 8 | DATED this 20th day of December, 2019. |

J. Richard Creatura
United States Magistrate Judge