UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HOLLY CARBON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE REPRODUCTIVE MEDICINE INC PS, <br><br> Defendant. | CASE NO. 2:19-cv-01491-RAJ-JRC <br><br> ORDER GRANTING STIPULATED MOTION FOR VIDEO OR TELEPHONE DEPOSITION |

This matter is before the Court on the parties' stipulated motion to hold the deposition of Dr. Thomas J. Kuehl by video or telephone. *See* Dkt. 20; *see also* Fed. R. Civ. P. 30(b)(4). Having considered the parties' motion and finding good cause thereof, the Court grants the request. Dr. Kuehl's deposition may be held remotely by telephone or video.

Dated this 7th day of April, 2020.

_____
J. Richard Creatura
United States Magistrate Judge