|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| HOLLY CARBON, *et al.*, | |
|---|---|
| Plaintiffs, | CASE NO. 2:19-cv-01491-RAJ-JRC |
| v. | ORDER AMENDING PRETRIAL SCHEDULING ORDER |
| SEATTLE REPRODUCTIVE MEDICINE INC PS, | |
| Defendant. | |

This matter is before the undersigned on referral from the District Court (Dkt. 9) and on the parties' stipulated motion to extend pretrial deadlines. Dkt. 23.

The parties jointly request a 90-day extension of deadlines set in the pretrial scheduling order (Dkt. 15) on the basis of disruptions to discovery caused by COVID-19. *See* Dkt. 23, at 1. The Court finds good cause and grants their motion (Dkt. 23). The following deadlines are amended:

| EVENT | PRIOR DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiff's expert disclosures under Federal Rule of Civil Procedure ("Fed. R. Civ. P") | June 19, 2020 | September 17, 2020 |

| | | |
|---|---|---|
| 26(a)(2) | | |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | July 3, 2020 | October 1, 2020 |
| Rebuttal expert disclosures | July 17, 2020 | October 15, 2020 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | | |
| Discovery completed by | September 18, 2020 | December 17, 2020 |
| All dispositive motions must be filed by (*see* LCR 7(d)) | October 16, 2020 | January 14, 2021 |

The Court's prior scheduling orders shall otherwise remain in effect.

Dated this 15th day of June, 2020.

_____
J. Richard Creatura
United States Magistrate Judge