# Exhibit A

# Time Report

Kenneth and Holly Carbon v. Seattle Reproductive Medicine, Inc.

| Date | Name | Hrs | Amt | Rate | Narrative |
|---|---|---|---|---|---|
| 5/27/2020 | Hapner, Helen M. | 1.60 | 424.00 | 265.00 | Prepare for and attend discovery conference with opposing counsel; telephone conference with D. Glynn Levin regrading motion to compel |
| 6/5/2020 | Hapner, Helen M. | 0.50 | 132.50 | 265.00 | Conduct research for use in motion to compel |
| 6/8/2020 | Hapner, Helen M. | 1.80 | 477.00 | 265.00 | Conduct research for use in motion to compel |
| 6/17/2020 | Graff, Bryan C. | 0.20 | 93.00 | 465.00 | Telephone call with D. Glynn-Levin regarding motion to compel |
| 6/18/2020 | Graff, Bryan C. | 0.20 | 93.00 | 465.00 | Correspondence regarding motion to compel |
| 6/18/2020 | Hapner, Helen M. | 2.70 | 715.50 | 265.00 | Revise motion to compel and supporting declaration, review pleadings and discovery for use in same, and multiple internal correspondences regarding same |
| 6/23/2020 | Graff, Bryan C. | 1.20 | 558.00 | 465.00 | Work on motion to compel and supporting declaration |
| 6/24/2020 | Hapner, Helen M. | 0.80 | 212.00 | 265.00 | Correspond internally regarding expert witness and declaration to motion to compel; revise motion to compel |
| 6/25/2020 | Graff, Bryan C. | 0.20 | 93.00 | 465.00 | Work on motion to compel and proposed order; telephone call with E. Byrd; emails concerning same; review letter from E. Byrd regarding mental health documents; email with team and review H. Hapner research regarding same |
| 6/25/2020 | Hapner, Helen M. | 0.40 | 106.00 | 265.00 | Work on finalizing motion to compel and multiple correspondences regarding same |
| 7/2/2020 | Graff, Bryan C. | 1.70 | 790.50 | 465.00 | Discovery conference with E. Byrd; prepare for same; telephone call with D. Glynn-Levin regarding same; work with A. Henderson on re-note of motion to compel |
| 7/11/2020 | Graff, Bryan C. | 2.00 | 930.00 | 465.00 | Review supplemental discovery responses received from SRM; work on lengthy email to E. Byrd regarding concerns with supplemental discovery responses |
| 7/12/2020 | Graff, Bryan C. | 2.40 | 1,116.00 | 465.00 | Work on response to E. Byrd regarding supplemental discovery |
| 7/14/2020 | Graff, Bryan C. | 1.20 | 558.00 | 465.00 | Analysis of SRM's opposition to motion to compel discovery; begin work on reply |
| 7/14/2020 | Hapner, Helen M. | 1.00 | 265.00 | 265.00 | Review response brief and supporting declaration; review supplemental document production and discovery responses; multiple correspondences regarding reply brief |
| 7/15/2020 | Graff, Bryan C. | 6.40 | 2,976.00 | 465.00 | Prepare reply in support of motion to compel; communications with H. Hapner and D. Glynn-Levin regarding same |

# Time Report

Kenneth and Holly Carbon v. Seattle Reproductive Medicine, Inc.

| Date | Name | Hrs | Amt | Rate | Narrative |
|---|---|---|---|---|---|
| 7/15/2020 | Hapner, Helen M. | 0.80 | 212.00 | 265.00 | Telephone conference with B. Graff regarding motion to compel and draft declaration in support of same |
| 7/16/2020 | Graff, Bryan C. | 1.70 | 790.50 | 465.00 | Continue work on reply in support of motion to compel; work on supporting declarations |
| 7/16/2020 | Hapner, Helen M. | 0.80 | 212.00 | 265.00 | Review and revise my declaration; review and revise reply brief; correspond internally regarding same |
| 7/17/2020 | Graff, Bryan C. | 0.10 | 46.50 | 465.00 | Email with client regarding reply in support of motion to compel |
| 7/28/2020 | Graff, Bryan C. | 0.30 | 139.50 | 465.00 | Review Court's order granting, in part, motion to compel |
| 7/30/2020 | Graff, Bryan C. | 1.70 | 790.50 | 465.00 | Work on declaration regarding fees incurred on motion to compel |
|  |  | 29.70 | $ 11,730.50 |  |  |

Ryan, Swanson & Cleveland, PLLC