**The Honorable Richard A. Jones**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY CARBON and KENNETH CARBON, and the Marital Community Thereof,<br><br>Plaintiffs,<br><br>v.<br><br>SEATTLE REPRODUCTIVE MEDICINE, INC., P.S., a Washington Professional Service Corporation,<br><br>Defendant. | NO. 2:19-cv-01491-RAJ-JRC<br><br>**ORDER SETTING AMOUNT OF PLAINTIFFS' ATTORNEYS' FEES AND COSTS IN CONNECTION WITH MOTION TO COMPEL DISCOVERY FROM DEFENDANT**<br><br>**[PROPOSED]** |

THIS MATTER having come on for before the undersigned Judge pursuant to the Court's July 28, 2020 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel (Dkt. 33), and the Court having reviewed and considered:

1. The Declaration of Bryan C. Graff Regarding Fees and Costs in Connection with Plaintiffs' Motion to Compel Discovery, with exhibits thereto;

2. The Declaration of Deirdre Glynn Levin;

3. Any Response, and supporting documents;

4. Any Reply, and supporting documents; and the records and files herein, it is now hereby



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded attorneys' fees in the amount of $17,636.75; and it is further

ORDERED, ADJUDGED, AND DECREED that Defendants shall make the above-described payment to Plaintiffs' counsel ($11,730.50 to Ryan, Swanson & Cleveland, PLLC and $5,906.25 to DGL Law, PLLC) within seven (7) business days of this Order.

DATED this _____ day of _____, 2020

_____
J. Richard Creatura, U.S. Magistrate Judge

Presented By:

RYAN, SWANSON & CLEVELAND, PLLC

By */s/ Bryan C. Graff*
   */s/ Helen M. Hapner*
   Bryan C. Graff, WSBA #38553
   Helen M. Hapner, WSBA #55498
   1201 Third Avenue, Suite 3400
   Seattle, Washington  98101-3034
   Telephone: (206) 464-4224
   Facsimile: (206) 583-0359
   graff@ryanlaw.com
   hapner@ryanlaw.com

-and-

DGL LAW, PLLC

By */s/ Deirdre Glynn Levin*
   Deirdre Glynn Levin, WSBA #24226
   3417 Evanston Ave. N # 523
   Seattle, WA  98103
   Telephone: (206) 422-6378
   deirdre@dgllaw.net

*Attorneys for Plaintiffs*

ORDER SETTING AMOUNT OF PLAINTIFFS' ATTORNEYS' FEES
AND COSTS IN CONNECTION WITH MOTION TO COMPEL
DISCOVERY FROM DEFENDANT - 2
Case No. 2:19-cv-01491-RAJ-JRC
2157425.01



Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359