UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HOLLY CARBON, *et al.*,

        Plaintiffs,

  v.

SEATTLE REPRODUCTIVE MEDICINE INC PS, *et al.*,

        Defendants.

CASE NO. 2:19-cv-01491-RAJ-JRC

ORDER AMENDING PRETRIAL SCHEDULING ORDER

This matter is before the Court on the parties' stipulated motion to extend the deadlines related to expert disclosures. *See* Dkt. 45, at 1. Based on the parties' stipulation, the Court finds good cause to grant the request. The pretrial scheduling order (Dkt. 24) is amended as follows:

| EVENT | NEW DEADLINE |
| --- | --- |
| Plaintiff's expert disclosures under Federal Rule of Civil Procedure ("Fed. R. Civ. P") 26(a)(2) | October 19, 2020 |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | November 2, 2020 |
| Rebuttal expert disclosures | November 16, 2020 |

///

ORDER AMENDING PRETRIAL SCHEDULING
ORDER - 1

1  Otherwise, the pretrial scheduling order as amended remains in effect.

2  Dated this 24th day of September, 2020.

J. Richard Creatura
United States Magistrate Judge

ORDER AMENDING PRETRIAL SCHEDULING
ORDER - 2