|                                    |                                |
|------------------------------------|--------------------------------|
|                                    | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOLLY CARBON and KENNETH CARBON, and the Marital Community Thereof, | NO. 2:19-cv-01491-RAJ-JRC |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| SEATTLE REPRODUCTIVE MEDICINE, INC., P.S., a Washington Professional Service Corporation, | |
| Defendant. | |

Pursuant to LCR 11(b), the parties hereby notify the Court that a settlement has been reached. The parties are in the process of finalizing their formal settlement agreement and will file the necessary paperwork to dismiss this action once the settlement agreement has been completed and executed.

/ / /

/ / /

/ / /

/ / /

/ / /

NOTICE OF SETTLEMENT - 1
Case No. 2:19-cv-01491-RAJ-JRC

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4847-2667-3103

1  DATED this 15th day of October, 2020.

2  RYAN, SWANSON & CLEVELAND, PLLC    BENNETT BIGELOW & LEEDOM, P.S.

3
   By */s/ Bryan C. Graff*                By */s/ Eric R. Byrd*
4     */s/ Helen M. Hapner*                 Eric R. Byrd, WSBA #39668
      Bryan C. Graff, WSBA #38553           Amy DeLisa, WSBA #37163
      Helen M. Hapner, WSBA #55498          717 West Sprague Avenue, Suite 1202
5     1201 Third Avenue, Suite 3400         Spokane, WA  99201-3919
      Seattle, WA  98101-3034               Telephone: 509-443-3700
6     Telephone: (206) 464-4224             Facsimile: 509-443-3495
      Facsimile: (206) 583-0359             ebyrd@bbllaw.com
7     graff@ryanlaw.com                     adelisa@bbllaw.com
      hapner@ryanlaw.com                    *Attorneys for Defendant*

8  DGL LAW, PLLC

9  By */s/ Deirdre Glynn Levin*
      Deirdre Glynn Levin, WSBA #24226
10    3417 Evanston Ave. North, #523
      Seattle, WA  98103
      Telephone:  (206) 422-6378
11    deirdre@dgllaw.net

12 *Attorneys for Plaintiffs*

NOTICE OF SETTLEMENT - 2
Case No. 2:19-cv-01491-RAJ-JRC

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4847-2667-3103